**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345-scc |
| Debtor. | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | Adv. Proc. No. 20-01227-scc |
| Plaintiff, | |
| against | |
| ARROWOOD INDEMNITY COMPANY fka Royal Insurance Company, also fka Royal Globe Insurance Company; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON & CERTAIN LONDON MARKET COMPANIES namely Allianz International Ltd., Ancon Insurance Co. (UK) Ltd., Assicurazioni Generali T.S., British National Insurance Co. Ltd. formerly known as British National Life Insurance Society Ltd., CX Reinsurance Co. Ltd. formerly known as C.N.A. Re of London, Compagnie d'Assurance Maritimes et Terrestres now known as Allianz Global Corporate & Specialty (France), Dominion Insurance Co. Ltd., Excess Insurance Co. Ltd., Lexington Insurance Co., London & Edinburgh General Insurance Co. Ltd., Sovereign Marine & General Insurance Co. Ltd., St. Katherine Insurance Co. Ltd., Storebrand Insurance Ltd., Taisho Marine & Fire (UK) Ltd., Terra Nova Insurance Co. Ltd., Tokio Marine & Fire (UK) Ltd., Turegum Insurance Co. Ltd., Unionamerica Insurance Co. Ltd. and Yasuda Fire & Marine (UK) Ltd.; ALLIANZ UNDERWRITERS INSURANCE COMPANY; ASSOCIATED INTERNATIONAL INSURANCE COMPANY; COLONIAL PENN INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; INTERSTATE FIRE & CASUALTY COMPANY and DOE INSURANCE COMPANIES 1 through 10, | |
| Defendants. | |

# ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERVENE IN ADVERSARY PROCEEDING NO. 20-01227

Upon consideration of the motion (the "**Motion**") of the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York (the "**Committee**") to intervene in the above-captioned adversary proceeding (the "**Adversary Proceeding**"); and after due deliberation and good and sufficient cause appearing therefor:

IT IS HEREBY FOUND AND DETERMINED THAT:

A. The Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334. Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

B. In the Motion, the Committee moved this Court pursuant to section 1109 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Bankruptcy Rule 7024 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for the unconditional right to intervene in the Adversary Proceeding.

C. The legal and factual bases set forth in the Motion establish just cause for the relief requested.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is hereby **GRANTED** in all respects.

2. The objections and joinders filed by certain of the insurance companies[1] are hereby **OVERRULED** for the reasons stated on the record at the December 9, 2020 hearing.

---

[1] *See Arrowood Indemnity Company's Objection to the Official Committee of Unsecured Creditors' Motion to Intervene in Adversary Proceeding No. 290-01227* [Docket No. 22]; *LMI'S Objection and Response to the Official Committee of Unsecured Creditors' Motion to Intervene in Adversary Proceeding No. 20-01277 and the Committee's Proposed Order* [Docket No. 24]; *Associated International Insurance Company's Joinder in Arrowood Indemnity*

3. The Committee is authorized, pursuant to Section 1109 of the Bankruptcy Code and Bankruptcy Rule 7024 of the Bankruptcy Rules, to intervene unconditionally in the Adversary Proceeding, subject to the following limitations:

    a. The Committee shall not be required to respond to the Complaint. The Committee shall neither propound nor be required to respond to discovery and shall not be required to respond to pleadings, but shall be served with all documents filed in this Adversary Proceeding and shall have the right to participate in all conferences and to respond to all filings, subject to any further direction the Court shall hereafter provide.

Dated: December 10, 2020
      New York, New York

/S/ Shelley C. Chapman
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

---

*Company's Objection to the Official Committee of Unsecured Creditors' Motion to Intervene in Adversary Proceeding No. 290-01227* [Docket No. 25]; *Colonial Penn's Joinder in LMI's Objection and Response to the Official Committee of Unsecured Creditors' Motion to Intervene in Adversary Proceeding No. 20-01277 and the Committee's Proposed Order* [Docket No. 27]; *Interstate Fire & Casualty Company's Joinder in LMI's and Arrowood's Objection and Response to the Official Committee of Unsecured Creditors' Motion to Intervene in Adversary Proceeding No. 20-01277 and the Committee's Proposed Order* [Docket No. 28].