UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York,<br><br>                Debtor. | Chapter: 11<br><br>Case No. 20- 12345 (SCC) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                Plaintiff,<br><br>against<br><br>ARROWOOD INDEMNITY COMPANY, *et al.,*<br><br>                Defendants. | Adv. Pro. No. 20-01227 (SCC) |

**CERTIFICATION OF BRETT S. MOORE IN SUPPORT OF ARROWOOD INDEMNITY COMPANY'S MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT PURSUANT TO 28 U.S.C. § 157(d), RULE 5011(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL BANKRUPTCY RULE 5011-1**

Brett S. Moore, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a principal at the law firm of Porzio, Bromberg & Newman, P.C., co-counsel to Arrowood Indemnity Company, formerly known as Royal Indemnity Company, as successor by merger to Royal Insurance Company of America ("Arrowood" or the "Defendant"), in the above-captioned adversary proceeding (the "Adversary Proceeding"). As an attorney admitted to practice before this court this Court, I respectfully submit this certification (the "Certification"), to provide the Court with copies of documents listed below that are refenced in the Memorandum of Law in Support of Arrowood's motion to for entry of an order withdrawing the reference (the "Motion") of the above-captioned adversary proceeding.

6241316

2. A true and correct copy of the Complaint[1] is attached hereto as **Exhibit A**.

3. A true and correct copy of Arrowood's Answer is attached hereto as **Exhibit B**.

4. A true and correct copy of the Debtor's Schedules of Assets and Liabilities is attached hereto as **Exhibit C**.

5. A true and correct copy of the Debtor's Statement of Financial Affairs is attached hereto as **Exhibit D**.

I certify that the facts set forth herein are true and correct to the best of my knowledge, information, and belief.

Executed on December 28, 2020

New York, New York

*/s/ Brett S. Moore*
Brett S. Moore, Esq.

---

[1] Capitalized terms used herein that are otherwise undefined shall have the meanings ascribed to them in the Motion.

6241316