UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                                      : Chapter 11
                                                                            :
The Roman Catholic Diocese of Rockville Centre,   :
 New York, et al.                                                  : Case No. 20-12345 (MG)
                                                                            :
                                        Debtor(s)                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :
The Roman Catholic Diocese of Rockville Centre,   :
 New York, et al.                                                  :
                                                                            :
                                        Plaintiff(s)               :
                                                                            :
v.                                                                          : Adversary. Proc. No. 20-01227
                                                                            :
Arrowood Indemnity Company, et al.                      :
                                                                            :
                                        Defendant(s)              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING SHOULD NOT BE CLOSED FOR FAILURE TO PROSECUTE

   Having reviewed the case management and electronic case filing system (CM/ECF) for the

U.S. Bankruptcy Court for the Southern District of New York, and having concluded that the

above captioned case is inactive; it is hereby,

   Ordered, that the above case will be closed unless an objection is filed by February 10, 2026,

to show cause why this case should not be closed; if an objection is filed, a status conference will

be scheduled; and it is further,

Ordered, that, if no objection is filed, this case will be closed as of February 11, 2026.


Dated: New York, New York
        2/3/2026


                                        __/s/Martin Glenn_____
                                         Martin Glenn
                                         U.S. Bankruptcy Judge