**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 |
| Debtor. | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK ) ) ) Plaintiff, ) v. ) ) ARROWOOD INDEMNITY COMPANY, et al., ) ) Defendant(s). ) | Adv. Proc. No. 20-01227 |

**THE TRUST'S STATEMENT OF NON-OPPOSITION TO THE COURT'S
FEBRUARY 3, 2026 ORDER TO SHOW CAUSE**

The DRVC Abuse Claim Trust (the "Trust") files this statement of non-opposition to the Court's February 3, 2026 Order to Show Cause. ECF No. 101. As the Court is aware, the *Modified Chapter 11 Plan of Reorganization Proposed by The Roman Catholic Diocese of Rockville Centre, New York and Additional Debtors* (as amended, the "Plan"),[1] assigned the Diocese's insurance rights against non-settling insurers, including Arrowood, to the Trust.[2]

Each of the Diocese's insurance companies, except for Arrowood, has achieved settlement and the coverage actions against those insurers have now been dismissed. The coverage action against Arrowood, however, remains ongoing and is currently pending in U.S. District Court for the Southern District of New York before the Hon. Jennifer L. Rochon. *See* Case No. 20-cv-11011 (the "Arrowood Action").

Because the Arrowood Action is now pending in the District Court, and the Trust has resolved its disputes with all other insurers, the Trust has no opposition to the Court closing this adversary proceeding.

---

[1] ECF No. 3447.

[2] *Id.* at 36 (Article IV, sec. E, sub. (1)).

Dated:   February 9, 2026

                                         **BURNS BAIR LLP**

                                         /s/  *Jesse J. Bair*
                                         Timothy W. Burns (admitted *pro hac vice*)
                                         Jesse J. Bair (admitted *pro hac vice*)
                                         10 East Doty Street, Suite 600
                                       Madison, Wisconsin 53703
                                       tburns@burnsbair.com
                                       jbair@burnsbair.com

                                       *Counsel for Alan D. Halperin, solely as Trustee of the DRVC Abuse Claims Trust*

3